IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISVISION

| | | |
|---|---|---|
| CRISTEN RHINEHART, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 15 CV 101 |
| | ) | |
| VILLAGE OF SAUK VILLAGE and | ) | |
| GARY LUKE, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR EXTENSION
OF TIME TO ANSWER OR OTHERWISE PLEAD**

NOW COME the Defendants, the Village of Sauk Village and Officer Gary Luke (hereinafter referred to as "Defendants"), by and through their attorneys, Odelson & Sterk, Ltd., and respectfully seek an extension of seven (7) days – until April 27, 2015, within which to answer or otherwise plead to Plaintiff's Complaint. In support of this Motion, Defendants state as follows:

1. This matter was filed by Plaintiff on January 12, 2014. (Docket No. 7).

2. Defendants' answer or other pleading in this matter is due on April 20, 2015. (Docket No. 17).

3. This matter was recently received by defense counsel and defense counsel has been diligently working on an answer. Defendants still need a small amount of additional time to finalize their responsive pleadings however. This is due, in part, to a heavy workload on the part of Defendant's counsel, as well as their continued investigation into the facts.

4. For these reasons, Defendants request an additional seven (7) days -- or on or before April 27, 2015 -- to file their responsive pleading.

1

5. The granting of this motion will not prejudice the Plaintiff in this case. And this motion is not brought for the purposes of delay, but rather to provide the Defendants additional time to answer or otherwise plead in this matter before the Court, and to further provide Defendants the opportunity to litigate this matter on its merits.

WHEREFORE, the Defendants, the Village of Sauk Village and Officer Gary Luke, respectfully request that this Court enter an order, pursuant to the Federal Rule of Civil Procedure, Section 6(b), granting them an additional seven (7) days, until April 27, 2015, to answer or otherwise plead to Plaintiff's Complaint.

    Respectfully submitted,

    VILLAGE OF SAUK VILLAGE and
    OFFICER GARY LUKE, Defendants

By:   s/ Richard F. Bruen, Jr.
      One of their Attorneys

Michael J. McGrath
Matthew J. Byrne
Richard F. Bruen, Jr.
Odelson & Sterk, Ltd.
3318 W. 95th St.
Evergreen Park, IL 60805
(708) 424-5678