# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of					Case Number:	15 cv 00101

Cristen Rhinehart,

v.

The Village of Sauk Village and Officer Gary Luke

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Officer Gary Luke

| | |
|---|---|
| NAME (Type or print) <br> Anne P. MacMillan | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Anne P. MacMillan | |
| FIRM         Johnson & Bell, Ltd. | |
| STREET ADDRESS    33 West Monroe Street, Suite 2700 | |
| CITY/STATE/ZIP    Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6309589 | TELEPHONE NUMBER <br> (312) 372-0770 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐     NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐     NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐     NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐     NO ☒ |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. <br> RETAINED COUNSEL ☐              APPOINTED COUNSEL ☐ | |