# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Cristen Rhinehart
                                        Plaintiff,

v.                                                                    Case No.: 1:15−cv−00101
                                                                           Honorable John Z. Lee

Village of Sauk Village, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 23, 2015:

      MINUTE entry before the Honorable John Z. Lee:Status hearing held on 6/23/15. Plaintiff is not present. For the reasons stated on the record, this case is dismissed due to Plaintiff's failure to abide by the Court's order dated 6/4/15. Civil case terminated.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.